TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
MARY GRIFFIN SIMS (CSB No. 324073)
mgriffin@fenwick.com
YI CHEN (CSB No. 352696)
ychen@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

JANIE YOO-SCOTT (CSB No. 312715)
jyooscott@fenwick.com
FENWICK & WEST LLP
733 10th Street NW, Suite 400
Washington, DC 20001
Telephone: 202.970.3000
Facsimile: 650.938.5200

Attorneys for Defendant
INVOCA, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VALENCIA et al., | Case No.: 2:25-cv-01323-HDV-BFM |
| Plaintiffs, | **INVOCA, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** |
| v. | |
| INVOCA, INC., | |
| Defendant. | |

Defendant Invoca, Inc. ("Defendant") answers the First Amended Class Action Complaint ("FAC") of Plaintiffs Carole Wells, Martin Valencia, and Tanisha Dantignac (collectively, "Plaintiffs")[1], as follows:

---

[1] The Court's November 17, 2025 Order Denying Defendant's Motion to Dismiss dismissed the claims of Plaintiff Donna Marshall. Dkt. 30 at 2, n.1.

**GENERAL RESPONSE**

Except as expressly admitted herein, Defendant denies the allegations set forth in the FAC.  Paragraph numbers in this Answer correspond and respond to the allegations in the numbered paragraphs of the FAC.  To the extent allegations in a numbered paragraph of the FAC purport to cite to, refer to, or characterize allegations in other paragraphs of the FAC, Defendant incorporates and reasserts to each such paragraph as if set forth fully therein.  To the extent the paragraphs in the FAC are grouped under headings and sub-headings, Defendant responds generally that such headings and sub-headings (repeated below only for the ease of reference) state unsupported legal conclusions to which no response is required.  To the extent a response is necessary, Defendant denies each heading and sub-heading in the FAC and incorporate by reference this response in each paragraph below as if fully set forth therein.

Plaintiffs' use of footnotes throughout the FAC does not comply with Federal Rule of Civil Procedure 10(b), and no response is required to the footnotes.  To the extent a response is required, each footnote is discussed in the relevant numbered paragraph below.  By not responding to the non-compliant footnotes throughout the FAC, Defendant does not admit to or otherwise acknowledge the truth of any of those footnotes or materials to which they refer.

**INTRODUCTION**

Defendant admits that Plaintiffs Carole Wells, Martin Valencia, and Tanisha Dantignac purport to act on behalf of a class or classes.  Defendant lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in the introductory paragraph and therefore denies them.

**NATURE OF THE ACTION**

1.    Paragraph 1 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in

FENWICK & WEST LLP
ATTORNEYS AT LAW

Paragraph 1.

2.    Defendant admits that it develops and operates conversation intelligence products that it licenses to other business through a software-as-a-service offering.  Defendant admits that features of conversation intelligence platforms include transcribing speech audio into text and the use of machine learning, a type of artificial intelligence, to extract and organize data from the speech.  Defendant admits that AT&T has used Defendant's conversation intelligence software at times.  Defendant denies the remaining allegations in Paragraph 2.

3.    Defendant admits that its conversation intelligence products can derive insights from conversations and present the analysis in dashboards, searchable transcripts, and reports.  Defendant denies that the data and analysis is presented in real-time to the customer service agents speaking with the customer.  Defendant admits that AT&T has used Defendant's service to record and analyze customer service calls at times.  Defendant lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in Paragraph 3, and therefore denies them.

4.    The allegation that "Invoca monitors, reads, records, learns the contents of, or otherwise intercepts" conversations is a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies this allegation.  Defendant admits that AT&T has used Defendant's conversation intelligence products to record and analyze customer service calls at times.  Defendant lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in Paragraph 4, and therefore denies them.

5.    Defendant denies the allegations in Paragraph 5.

6.    Paragraph 6 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in

FENWICK & WEST LLP
ATTORNEYS AT LAW

Paragraph 6.

## PARTIES

7.    Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 7, and therefore denies them.

8.    Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 8, and therefore denies them.

9.    Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 9, and therefore denies them.

10.    Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 10, and therefore denies them.

11.    Defendant admits that Invoca is a Delaware corporation.  Defendant denies the remaining allegations in Paragraph 11.

## JURISDICTION AND VENUE

12.    Paragraph 12 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 12, and therefore denies them.

13.    Defendant admits that it is headquartered in the State of California and operates its business in compliance with the laws of California.  The remaining allegations of Paragraph 13 include legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in Paragraph 13, and therefore denies them.

14.    Paragraph 14 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations of Paragraph 14.

FENWICK & WEST LLP
ATTORNEYS AT LAW

**FACTUAL ALLEGATIONS**

**I.    The California Invasion of Privacy Act**

15.    Paragraph 15 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 15.  The document quoted in Paragraph 15 speaks for itself.

16.    Paragraph 16 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 16.  The document quoted in Paragraph 16 speaks for itself.

17.    Paragraph 17 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 17.  The document quoted in Paragraph 17 speaks for itself.

18.    Paragraph 18 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 18.  The document quoted in Paragraph 18 speaks for itself.

19.    Paragraph 19 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 19.  The document quoted in Paragraph 19 speaks for itself.

20.    Paragraph 20 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 20.  The document quoted in Paragraph 20 speaks for itself.

21.    Paragraph 21 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 21.  The document quoted in Paragraph 21 speaks for itself.

**II.    Defendant Violates the CIPA**

**A.    Overview of the Invoca Service**

22.    The document quoted in Paragraph 22 speaks for itself.

23.    The document quoted in Paragraph 23 speaks for itself.

FENWICK & WEST LLP
ATTORNEYS AT LAW

24.    The documents quoted in Paragraph 24 speak for themselves.

25.    Defendant denies the allegations in Paragraph 25.

26.    Defendant admits that it stores calls and transcripts of its call recording service for its customers.  Defendant denies the remaining allegations in Paragraph 26.

27.    The document quoted in Paragraph 27 speaks for itself.

28.    Defendant denies the allegations in Paragraph 28.

**B.    Invoca Wiretaps AT&T Customer Calls**

29.    The document cited to in Paragraph 29 speaks for itself.  Defendant admits that AT&T is an Invoca customer.  Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations regarding why AT&T chose Invoca's services or whether all ten million calls were tracked by Invoca, and therefore denies these allegations.

30.    The document cited to in Paragraph 30 speaks for itself.

31.    Defendant denies the allegations in Paragraph 31.

32.    Defendant denies the allegations in Paragraph 32.

33.    Defendant denies the allegations in Paragraph 33.

**III.    Plaintiffs' Experiences**

34.    Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 34, and therefore denies them.

35.    Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 35, and therefore denies them.

36.    Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 36, and therefore denies them.

37.    Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations in Paragraph 37, and therefore denies them.

38.    Defendant denies the allegations in Paragraph 38.

INVOCA, INC.'S ANSWER TO PLAINTIFFS'
FIRST AMENDED CLASS ACTION
COMPLAINT                                                     6

FENWICK & WEST LLP
ATTORNEYS AT LAW

39.     Defendant denies the allegations in Paragraph 39.

40.     Defendant admits that Invoca did not notify Plaintiffs that Invoca's software recorded their calls to AT&T.  Defendant denies the remaining allegations in Paragraph 40.

41.     Defendant denies the allegations in Paragraph 41.

42.     Paragraph 42 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 42.

43.     Defendant denies the allegations in Paragraph 43.

## FRAUDULENT CONCEALMENT AND TOLLING

44.     Paragraph 44 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 44.

45.     Paragraph 45 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 45.

46.     Paragraph 46 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 46.

## CLASS ALLEGATIONS

47.     Paragraph 47 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 47.

48.     Paragraph 48 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 48.

49.     Paragraph 49 includes legal conclusions to which no response is

FENWICK & WEST LLP
ATTORNEYS AT LAW

required. To the extent a response is required, Defendant denies the allegations in Paragraph 49.

50. Paragraph 50 includes legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 50.

51. Paragraph 51 includes legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 51.

52. Paragraph 52 includes legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 52.

53. Paragraph 53 includes legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 53.

## FIRST CAUSE OF ACTION
### Violation of the California Invasion of Privacy Act
### Cal. Pen. Code § 631(a)
**(On Behalf of Plaintiffs and the Nationwide Class and California Subclass)**

54. Defendant incorporates by reference its answers to Paragraphs 1 through 53 of the FAC as though fully stated herein.

55. Paragraph 55 includes legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 55.

56. Paragraph 56 includes legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 56.

57. Defendant admits that it is a separate legal entity from AT&T. Defendant admits that it offers "software-as-a-service." The remaining allegations

INVOCA, INC.'S ANSWER TO PLAINTIFFS'
FIRST AMENDED CLASS ACTION
COMPLAINT                                                    8

FENWICK & WEST LLP
ATTORNEYS AT LAW

FENWICK & WEST LLP
ATTORNEYS AT LAW

in Paragraph 57 include legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 57.

58.    Defendant denies that it is a third party wiretapper.  Paragraph 58 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 58.

59.    Paragraph 59 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 59.

60.    Paragraph 60 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 60.

61.    Paragraph 61 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 61.

62.    Paragraph 62 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 62.  The document quoted in Paragraph 62 speaks for itself.

63.    Defendant admits that it is a separate legal entity from AT&T. Defendant denies the remaining allegations in Paragraph 63.

64.    Paragraph 64 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 64.

65.    Defendant admits that it is headquartered in California.  The remaining allegations in Paragraph 65 include legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 65.

66.    Paragraph 66 includes legal conclusions to which no response is

required.  To the extent a response is required, Defendant denies the allegations in Paragraph 66.

67.    Paragraph 67 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 67.

## SECOND CAUSE OF ACTION
### Violation of the California Invasion of Privacy Act, Cal. Pen. Code § 632(a)

68.    Defendant incorporates by reference its answers to Paragraphs 1 through 67 of the FAC as though fully stated herein.

69.    Paragraph 69 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 69. The document quoted in Paragraph 69 speaks for itself.

70.    Paragraph 70 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 70.

71.    Paragraph 71 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 71.

72.    Paragraph 72 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 72.

73.    Paragraph 73 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 73.

74.    Paragraph 74 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 74.

FENWICK & WEST LLP
ATTORNEYS AT LAW

INVOCA, INC.'S ANSWER TO PLAINTIFFS'
FIRST AMENDED CLASS ACTION
COMPLAINT                              10

75. Defendant admits that it is headquartered in California. The remaining allegations in Paragraph 75 include legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 75.

76. Paragraph 76 includes legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 76.

77. Paragraph 77 includes legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 77.

78. Paragraph 78 includes legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 78.

### THIRD CAUSE OF ACTION
### Violation of the California Invasion of Privacy Act
### Cal. Pen. Code § 637.5

79. Defendant incorporates by reference its answers to Paragraphs 1 through 78 of the FAC as though fully stated herein.

80. Defendant admits that Plaintiffs purport to act on behalf of the Class and Subclass.

81. Paragraph 81 includes legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 81. The document quoted in Paragraph 81 speaks for itself.

82. Paragraph 82 includes legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 82. The document quoted in Paragraph 82 speaks for itself.

83. Paragraph 83 includes legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in

FENWICK & WEST LLP
ATTORNEYS AT LAW

INVOCA, INC.'S ANSWER TO PLAINTIFFS'
FIRST AMENDED CLASS ACTION
COMPLAINT                    11

Paragraph 83.  Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegation that AT&T's cable television offerings are well documented in its marketing materials and therefore denies them.

84.  Paragraph 84 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 84.

85.  Defendant admits that it is a separate legal entity from AT&T.  Defendant admits that it offers "software-as-a-service."  The remaining allegations in Paragraph 85 include legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 85.

86.  Defendant denies the allegations in Paragraph 86.

87.  Defendant denies the allegations in Paragraph 87.

88.  Paragraph 88 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 88.

89.  Paragraph 89 includes legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 89.

## ANSWER TO PRAYER FOR RELIEF

Defendant denies that Plaintiffs are entitled to the relief they request or any relief whatsoever, and specifically deny each of the requests for relief enumerated in the FAC.

## AFFIRMATIVE AND OTHER DEFENSES

Defendant further pleads the following separate and additional defenses to the FAC.  By pleading these defenses, Defendant does not in any way agree or concede that it has the burden of proof or persuasion on any of these issues or that is liable for any claims against it.

INVOCA, INC.'S ANSWER TO PLAINTIFFS'
FIRST AMENDED CLASS ACTION
COMPLAINT                                    12

**FIRST DEFENSE**
**(Consent / Acquiescence)**

Plaintiffs' express or implied consent or acquiescence to Defendant's disclosures and agreements bar them from bringing their claims.

**SECOND DEFENSE**
**(Class Cannot Be Certified)**

The putative class cannot be certified under Federal Rule of Civil Procedure 23 because, inter alia, the class representatives and/or class counsel fail to meet any of the requirements under Rule 23, including, but not limited to, the typicality, commonality, adequacy, superiority, and predominance requirements for class actions.

**THIRD DEFENSE**
**(No Damages)**

Plaintiffs and the putative class have not suffered any injury or damages whatsoever.

**FOURTH DEFENSE**
**(Failure To Mitigate Damages)**

For each purported claim, Plaintiffs and the putative class have failed, refused, and/or neglected to mitigate or avoid the damages complained of in the FAC, if any.

**FIFTH DEFENSE**
**(Waiver Or Estoppel)**

Each claim contained in the FAC is barred because Plaintiffs waived the claims they now assert or are estopped by their conduct from asserting such claims.

**SIXTH DEFENSE**
**(Attorneys' Fees Improper)**

The FAC fails to state a claim or set forth facts sufficient to support a claim

INVOCA, INC.'S ANSWER TO PLAINTIFFS'
FIRST AMENDED CLASS ACTION
COMPLAINT                                13

FENWICK & WEST LLP
ATTORNEYS AT LAW

for attorneys' fees.

**SEVENTH DEFENSE**
**(No Standing)**

Plaintiffs and/or the putative class members lack standing under Article III of the United States Constitution and/or the statutes under which they bring their claims.

**EIGHTH DEFENSE**
**(No Punitive Damages)**

To the extent that Plaintiffs and the putative class members recover in any manner in this action, they cannot make the legal showing required to recover punitive damages.

**NINTH DEFENSE**
**(No Injunctive Relief)**

For each purported claim in the FAC, Plaintiffs fail to properly state a claim for injunctive relief.

**TENTH DEFENSE**
**(Failure To State A Claim)**

Each purported claim in the FAC fails to state facts sufficient to constitute a claim upon which relief can be granted against Defendant.

**ELEVENTH DEFENSE**
**(Comparative Fault And Contribution)**

Plaintiffs are in whole or in part responsible for and have contributed to the alleged wrongs alleged in the FAC.  Any recovery to which Plaintiffs may be entitled must be reduced by their comparative responsibility and obligations of contribution, which, further, must act as a setoff against any recovery on Plaintiffs' behalf.

FENWICK & WEST LLP
ATTORNEYS AT LAW

INVOCA, INC.'S ANSWER TO PLAINTIFFS'
FIRST AMENDED CLASS ACTION
COMPLAINT                                14

**TWELFTH DEFENSE**
**(No Equitable Relief)**

Plaintiffs and the putative class members are not entitled to equitable relief insofar as they have adequate remedies at law.

**THIRTEENTH DEFENSE**
**(Statute of Limitations)**

Plaintiffs' claims are barred in whole or in part by the applicable statute of limitations.

**RESERVATION OF ADDITIONAL DEFENSES**

Defendant does not presently know all facts concerning the conduct and claims of Plaintiffs and the putative class to state all affirmative defenses at this time. Defendant will seek leave of this Court to amend this Answer should it later discover facts demonstrating the existence of additional affirmative defenses. Defendant reserves any and all additional affirmative defenses available to them.

**INVOCA'S PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for judgment with respect to Plaintiffs' FAC and Defendant's defenses as follows:

    a.    Denial of certification of the putative classes alleged in the FAC;

    b.    A judgment in Defendant's favor denying Plaintiffs all relief requested in the FAC and dismissing the FAC with prejudice;

    c.    An award of costs to Defendant; and

    d.    Such other relief as the Court shall deem just and proper.

**INVOCA'S DEMAND FOR JURY TRIAL**

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, Defendant respectfully requests a jury trial on all issues so triable.

INVOCA, INC.'S ANSWER TO PLAINTIFFS'
FIRST AMENDED CLASS ACTION
COMPLAINT              15

FENWICK & WEST LLP
ATTORNEYS AT LAW

Dated:  December 1, 2025

FENWICK & WEST LLP


By:  */s/ Tyler G. Newby*
Tyler G. Newby
Mary Griffin Sims
Janie Yoo-Scott
Yi Chen

Attorneys for Defendant
INVOCA, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

INVOCA, INC.'S ANSWER TO PLAINTIFFS'
FIRST AMENDED CLASS ACTION
COMPLAINT

16