UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VALENCIA, et al., | Case No.: 2:25-cv-01323-HDV-BFM |
| Plaintiff, | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| v. | |
| INVOCA, INC., | |
| Defendant. | |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

IT IS SO ORDERED.

DATED: ___JUNE 18___, 2026

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER RE STIPULATED
PROTECTIVE ORDER                           1                    Case No.: 2:25-cv-01323-HDV-BFM